**Order entered October 22, 2018**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-18-00781-CV

## IN THE INTEREST OF J.E.S., JR. AND J.S., CHILDREN

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-51318-2018**

## ORDER

The reporter's record in this appeal has not been filed because appellant has not requested it. By letter dated September 24, 2018, we gave appellant another opportunity to request it and directed her to file, within ten days, written verification she had done so. Although we cautioned appellant that failure to comply could result in the appeal being submitted without the reporter's record, she has not complied. *See* TEX. R. APP. P. 37.3(c). Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we **ORDER** appellant to file her brief no later than November 21, 2018.

/s/     DAVID EVANS
        JUSTICE